U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 2 2 2010
LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 09-30747
USDC No. 2:08-CV-4833

U.S. COURT OF APPEALS
FILED
JAN 20 2010
CHARLES R. FULBRUGE III
CLERK

CHRISTOPHER E. GILSON,

          Petitioner-Appellant

v.

JAMES LEBLANC, Secretary, LA Dept. of Corrections,

          Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Christopher Gilson, Louisiana prisoner # 465847, moves for a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application challenging his conviction and sentence for felony driving while intoxicated (DWI). He asserts that Louisiana's use of prior non-jury misdemeanor DWI convictions as an element of a felony DWI offense violates the Sixth Amendment. He also asserts that the imposition of a ten-year prison sentence without parole under Louisiana's felony DWI statute without the benefit of prior inpatient alcohol addiction treatment violates the Eighth Amendment. Because he fails to show that reasonable jurists would debate the district court's denial of these claims, the motion for a COA is DENIED. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

A True Copy    21 JAN 2010
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana

No. 09-30747

      /s/ Emilio M. Garza
EMILIO M. GARZA
UNITED STATES CIRCUIT JUDGE